Eliana NOEL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 245, 2015

Supreme Court of Delaware.

Submitted: August 18, 2015

Decided: September 1, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1306002361

DISMISSED.

Ronnie THOMAS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 400, 2015

Supreme Court of Delaware.

Submitted: August 10, 2015

Decided: September 1, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID 9606008202

DISMISSED.

Anthony WOODS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 393, 2015

Supreme Court of Delaware.

Submitted: August 20, 2015

Decided: September 1, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID 1210018607

DISMISSED.

In the MATTER OF the Petition
of Aaron O. LOWMAN for a
Writ of Mandamus

No. 469, 2015

Supreme Court of Delaware.

Submitted: August 28, 2015

Decided: September 1, 2015

DISMISSED.